UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SHAHIN SHARIFI,                                            Case No. 1:26-cv-01932

        Petitioner,                                        Hon. Paul L. Maloney
                                                          U.S. District Judge
v.
                                                          Hon. Maarten Vermaat
KEVIN RAYCRAFT, in his official capacity as               U.S. Magistrate Judge
Field Office Director of Enforcement and Removal
Operations, Detroit Field Office, Immigration
and Customs Enforcement; ROBERT LYNCH, in
his official capacity as Warden of the North Lake
Processing Center; MARKWAYNE MULLIN,
in his official capacity as Secretary, U.S. Department of
Homeland Security; U.S. DEPARTMENT OF
HOMELAND SECURITY; and TODD BLANCHE,
Acting U.S. Attorney General, in their official capacities,

        Respondents.
_____/

### ORDER

This matter having come before the Court on stipulation to extend the deadline for Respondents' Habeas Petition Response, and the Court being fully advised in the premises;

IT IS ORDERED that the Respondents may have an extension of time until and including July 7, 2026, to respond to the Habeas Petition.


Dated: June 30, 2026                          /s/   Paul L. Maloney
                                              HON. PAUL L. MALONEY
                                              United States District Judge