UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SHAHIN SHARIFI,

        Petitioner,                            Case No. 1:26-cv-1932

v.                                      Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

        Respondents.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED** to the extent that it requests Petitioner's release from custody.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from detention, subject, as applicable, to an order of supervision within five days of the date of this order.

**IT IS FURTHER ORDERED** that Respondents shall file a status report within six days of the date of this judgment to certify compliance with the Court's opinion and order.

Dated:    July 8, 2026                  /s/ Paul L. Maloney
                                               Paul L. Maloney
                                                 United States District Judge